UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **ELLIOT STERLING** | **NO. 20-00052-BAJ-RLB** |

### ORDER

**IT IS ORDERED** that panel member Harry L. Daniels, III be and is hereby appointed as CJA co-counsel representing Defendant Elliot Sterling.

**IT IS FURTHER ORDERED** that a second hearing on Defendant's Motion to Proceed Pro Se (Doc. 28) shall occur on Tuesday, March 16, 2021 at 1:30 p.m. in Courtroom 2.

Baton Rouge, Louisiana, this 5th day of March, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**