UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| ELLIOT STERLING | NO. 20-00052-BAJ-RLB |

ORDER

Before the Court is the **Motion to Withdraw (Doc. 38)**, filed by Brent Stockstill, and the **Motion to Withdraw as Co-Counsel of Record (Doc. 40)**, filed by Harry L. Daniels, III. Considering that the Court granted Defendant's Motion to Proceed *Pro Se* (Doc. 28), *See* (Doc. 36),

**IT IS ORDERED** that the Motion to Withdraw (Doc. 38) is **GRANTED**. Brent Stockstill is withdrawn as counsel for the Defendant.

**IT IS FURTHER ORDERED** that the Motion to Withdraw as Co-Counsel of Record (Doc. 40) is **GRANTED**. Harry Daniels is withdrawn as counsel for the Defendant.

**IT IS FURTHER ORDERED** that Gideon T. Carter, III is hereby appointed as stand-by counsel.

Baton Rouge, Louisiana, this 6th day of April, 2021

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA